RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Solomon Nathaniel Newell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SOLOMON NATHANIEL NEWELL, <br><br> Defendant. | Case No. 2:19-cr-00137-RFB-NJK <br><br> **STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Solomon Nathaniel Newell, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including October 18, 2019, within which to file the Defendant's pretrial motions currently due October 11, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 1, 2019, to file any and all responsive pleadings, currently due October 18, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 8, 2019, to file any and all replies to dispositive motions, currently due October 25, 2019.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with his client; and to determine whether to file a pretrial motion should his client reject the government's proposed resolution.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 9th day of October, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>Acting United States Attorney |
| /s/ Brandon C. Jaroch<br>By_____<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | /s/ Linda Mott<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOLOMON NATHANIEL NEWELL,<br><br>Defendant. | Case No. 2:19-cr-00137-RFB-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to meet and discuss the government's proposed resolution with his client; and to determine whether to file a pretrial motion should his client reject the government's proposed resolution.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

///

///

///

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including October 18, 2019, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 1, 2019, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 8, 2019, to file any and all replies to dispositive motions.

DATED this 10th day of October, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE