RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Solomon Nathaniel Newell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SOLOMON NATHANIEL NEWELL,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-00137-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Solomon Nathaniel Newell, that the Sentencing Hearing currently scheduled on February 2, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Counsel for the defendant needs additional time to provide documents to Probation Office for the preparation of their report and to prepare for the sentencing hearing.

　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the Sentencing Hearing.

DATED this 14th day of December, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ *Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By /s/ *Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SOLOMON NATHANIEL NEWELL,<br><br>    Defendant. | Case No. 2:19-cr-00137-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Tuesday, February 2, 2021, at 10:00 a.m., be vacated and continued to March 23, 2021 at the hour of 10 : 00 a .m.; or to a time and date convenient to the court.

DATED this 18th day of December, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE