RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Solomon Nathaniel Newell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

SOLOMON NATHANIEL NEWELL,

　　　　　Defendant.

Case No. 2:19-cr-00137-RFB-NJK

**STIPULATION TO CONTINUE
SENTENCING HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Solomon Nathaniel Newell, that the Sentencing Hearing currently scheduled on April 6, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.　　Counsel for the defendant needs additional time to provide documents to Probation Office for the preparation of their report and to prepare for the sentencing hearing.

2.　　The defendant is not in custody and agrees with the need for the continuance.

3.　　The parties agree to the continuance.

1      This is the second request for a continuance of the Sentencing Hearing.

2      DATED this 16th day of March, 2021.

3

4   RENE L. VALLADARES                    CHRISTOPHER CHIOU
    Federal Public Defender               Acting United States Attorney

5

6

    By*/s/ Brandon C. Jaroch*             By */s/ Jessica Oliva*

7   BRANDON C. JAROCH                     JESSICA OLIVA
    Assistant Federal Public Defender     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>SOLOMON NATHANIEL NEWELL,<br><br>       Defendant. | Case No. 2:19-cr-00137-RFB-NJK<br><br>**ORDER** |

      IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for April 6, 2021, at 9:00 a.m., be vacated and continued to   July 6, 2021     at the hour of 10 :30   a.m.; or to a time and date convenient to the court.

      DATED this 17th day of March, 2021.

                            _____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE