____FILED         ____RECEIVED
____ENTERED       ____SERVED ON
                  COUNSEL/PARTIES OF RECORD

OCT 19, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-137-RFB-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| SOLOMON NATHANIEL NEWELL, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Solomon Nathaniel Newell to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Solomon Nathaniel Newell pled guilty. Superseding Criminal Indictment, ECF No. 32; Change of Plea, ECF No. 47; Plea Agreement, ECF No. 48; Preliminary Order of Forfeiture, ECF No. 49.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The government served every person reasonably identified as a potential claimant in lieu of publication pursuant to Fed. R. Crim. P. 32.2(b)(6)(C) with Fed. R. Civ. P. Supp. Rule G(4)(a)(i)(A).

/ / /

1  This Court finds the United States notified known third parties by regular mail and
2  certified mail return receipt requested of their right to petition the Court. Notice of Filing
3  Service of Process – Mailing, ECF No. 57.
4  On February 2, 2021, the United States Attorney's Office served Melissa West in
5  Sun City, AZ, with copies of the Preliminary Order of Forfeiture and the Notice through
6  regular mail and certified mail return receipt requested. Notice of Filing Service of Process –
7  Mailing, ECF No. 57-1, p. 3, 5-7, 9-11, 13-15.
8  On February 2, 2021, the United States Attorney's Office served Lloyd West in Sun
9  City, AZ, with copies of the Preliminary Order of Forfeiture and the Notice through regular
10 mail and certified mail return receipt requested. Notice of Filing Service of Process –
11 Mailing, ECF No. 57-1, p. 3, 5-7, 9-11, 16-18.
12 On February 2, 2021, the United States Attorney's Office attempted to serve Melissa
13 West in Las Vegas, NV, with copies of the Preliminary Order of Forfeiture and the Notice
14 through regular mail and certified mail return receipt requested. The mail was returned as
15 unable to deliver. Notice of Filing Service of Process – Mailing, ECF No. 57-1, p. 3, 5-7, 9-
16 11, 19-22.
17 On February 2, 2021, the United States Attorney's Office attempted to serve Lloyd
18 West in Las Vegas, NV, with copies of the Preliminary Order of Forfeiture and the Notice
19 through regular mail and certified mail return receipt requested. The mail was returned as
20 unable to deliver. Notice of Filing Service of Process – Mailing, ECF No. 57-1, p. 3, 5-7, 9-
21 11, 23-27.
22 This Court finds no petition was filed herein by or on behalf of any person or entity
23 and the time for filing such petitions and claims has expired.
24 This Court finds no petitions are pending regarding the property named herein and
25 the time has expired for presenting such petitions.
26 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
27 all possessory rights, ownership rights, and all rights, titles, and interests in the property
28 hereinafter described are condemned, forfeited, and vested in the United States pursuant to

Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. an Arminius, Model HW5T, .22 caliber revolver, bearing serial number 777474; and

2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __October 19__, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE